# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2025

### NO. 03-24-00663-CV

**121 FM 971 Management, LLC and 521 South Heatherwilde Boulevard Management, LLC, Appellants**

**v.**

**Park Place Healthcare Center, LLC; and Pflugerville Healthcare Center, LLC, Appellees**

---

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the judgment signed by the trial court on September 16, 2024. Having reviewed the record, the Court holds that 121 FM 971 Management, LLC and 521 South Heatherwilde Boulevard Management, LLC have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.